NUMBER 13-07-514-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________



IN THE MATTER OF O.D.L., A MINOR CHILD
 

_______________________________________________________


On appeal from County Court at Law No. 1 


of Victoria County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 Appellant, O.D.L., A MINOR CHILD, perfected an appeal from a judgment entered
by County Court at Law No. 1 of Victoria County, Texas, in cause number 1-4993. After the
record was filed, appellant filed a motion to dismiss the appeal. In his motion, appellant
states that he no longer desires to appeal this matter. Appellant requests that this Court
dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's motion
to dismiss is granted, and the appeal is hereby DISMISSED. Having dismissed the appeal
at appellant's request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 PER CURIAM

Memorandum Opinion delivered 

and filed this the 25th day of October, 2007.